United States District Court
Southern District of Texas
**ENTERED**
November 30, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VIACOM INTERNATIONAL, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-16-257 |
| | § | |
| IJR CAPITAL INVESTMENTS, LLC, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Defendant's motion for an extension of time to file a summary judgment motion (Dkt. 25) is DENIED and the motion and memorandum in support of motion for summary judgment are STRICKEN as untimely.

Signed at Houston, Texas on November 30, 2016.

_____
Gray H. Miller
United States District Judge